# United States Bankruptcy Court
## District of Maryland

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Jersey Island Owner, LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  20-1843450 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>11200 Rockville Pike, Suite 502<br>Rockville, MD<br>ZIP CODE 20852 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Montgomery | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Jersey Island Owner, LLC |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X   Not Applicable
Signature of Attorney for Debtor(s)         Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor – Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Jersey Island Owner, LLC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X **/s/ Bradford F. Englander**
Signature of Attorney for Debtor(s)

**Bradford F. Englander, Bar No. 11951**
Printed Name of Attorney for Debtor(s) / Bar No.

**Whiteford, Taylor & Preston, LLP**
Firm Name

**3190 Fairview Park Drive, Suite 300**
Address

**Falls Church, VA 22042-4510**

**703-280-9081**      Fax: **703-280-3370**
Telephone Number

Date: **June 9, 2010**

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Sidney M. Bresler**
Signature of Authorized Individual

**Sidney M. Bresler, President of Jersey Island Manager Inc.**

_____
Title of Authorized Individual

Date: **June 9, 2010**

#1905528

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:                                             *

JERSEY ISLAND OWNER, LLC        *    Case No.: 10-

                                                   *    Chapter 11
        Debtor.
*    *    *    *    *    *    *    *    *    *    *    *    *    *

RESOLUTIONS OF
JERSEY ISLAND OWNER, LLC

I, Sidney M. Bresler, being the President of Jersey Island Manager, Inc., the manager of Jersey Island Owner, LLC, a limited liability company organized under the laws of the State of Maryland (the "Company") do hereby certify the resolutions attached hereto as Exhibit A were duly adopted by the Manager of the Company by Written Consent on June 9, 2010, which resolutions have not been amended, modified or rescinded and remain in full force and effect.

IN WITNESS WHEREOF, I have signed this certificate on June 9, 2010.

                                    JERSEY ISLAND OWNER, LLC
                                    By: Jersey Island Manager, Inc.


                                    /s/ Sidney M. Bresler
                                    By: Sidney M. Bresler
                                    Title: President


*1905511*

# CONSENT OF MANAGER
## OF
## JERSEY ISLAND OWNER, LLC

The undersigned, being the Manager of JERSEY ISLAND OWNER, LLC, a Maryland limited liability company (the "Company"), hereby consents to the adoption of the following resolutions:

    **WHEREAS,** the Manager has determined that it is desirable and in the best interest of the Company, its creditors, stockholders and/or members and other interested parties, that the Company file a voluntary petition for relief under the Bankruptcy Code.

    **NOW, THEREFORE, BE IT RESOLVED,** that the filing by the Company of a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland (the "Bankruptcy Court") be, and it hereby is, authorized and approved; and it is further

    **RESOLVED,** that the President of Jersey Island Manager, Inc., and such other officers as he shall from time to time designate (each a "Proper Officer") be, and hereby are, authorized and empowered, in the name of the Company, to execute and verify a petition for relief under chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court at such time as the proper officers shall determine; and it is further

    **RESOLVED,** that the Proper Officers, be, and each of them hereby is, authorized to execute and file on behalf of the Company all petitions, schedules, lists, documents, pleadings and other papers and to take any and all action that they may deem necessary or proper in connection with the chapter 11 case of the Company; and it is further

    **RESOLVED,** that each Proper Officer be, and each of them hereby is, authorized and directed to retain the law firm Whiteford, Taylor & Preston L.L.P. to render legal services to and to represent the Company in connection with such chapter 11 case and other related matters in connection therewith, upon such terms and conditions as such officers shall approve; and it is further

    **RESOLVED,** that each Proper Officer be, and each of them hereby is, authorized to retain such other professionals as they deem necessary and appropriate to represent, assist or consult with the Company during the chapter 11 case; and it is further

*1905511*

**RESOLVED**, that each Proper Officer be, and each of them hereby is, authorized and directed to take any and all further actions and to execute and deliver any and all further instruments and documents and pay all expenses (subject to Bankruptcy Court approval, where necessary), in each case as in their judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any and each Proper Officer, which are necessary or proper to effectuate the intent of the resolutions adopted herein, are hereby in all respects ratified, confirmed, and approved.

IN WITNESS WHEREOF, these resolutions have been adopted as of June 9, 2010.

JERSEY ISLAND MANAGER, INC.

/s/ Sidney M. Bresler
Sidney M. Bresler
Title: President

*1905511*

WRITTEN CONSENT
OF THE SOLE DIRECTOR
of
JERSEY ISLAND MANAGER, INC.

The undersigned, being the sole Director of Jersey Island Manager, Inc., a Maryland corporation (the "Corporation"), acting by written consent pursuant to §2-408 of the Maryland General Corporation Law permitting such action to be taken, does hereby consent to, approve and ratify the following resolutions and actions as of the date indicated below:

> WHEREAS, the Corporation is the Manager of Jersey Island Owner, LLC, a limited liability company organized under the laws of the State of Maryland (the "Company").

> WHEREAS, it is desirable and in the best interest of the Company, its creditors, stockholders and/or members and other interested parties, that the Company file a voluntary petition for relief under the Bankruptcy Code.

> NOW, THEREFORE, BE IT RESOLVED, that the Corporation, in its capacity as Manager of the Company, hereby authorizes and approves the filing by the Company of a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland (the "Bankruptcy Court"); and it is further

> RESOLVED, that the President of the Corporation, and such other officers as he shall from time to time designate (each a "Proper Officer"), be, and each of them hereby is, authorized and directed to take any and all further actions and to execute and deliver any and all instruments and documents and pay all expenses (subject to Bankruptcy Court approval, where necessary), in each case as in their judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and it is further

> RESOLVED, that all acts lawfully done or actions lawfully taken by any and each Proper Officer, which are necessary or proper to effectuate the intent of the resolutions adopted herein, are hereby in all respects ratified, confirmed, and approved.

IN WITNESS WHEREOF, these resolutions have been duly adopted as of June 9, 2010.

/s/ Sidney M. Bresler
Sidney M. Bresler

*1905547*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:                                          *

JERSEY ISLAND OWNER, LLC                        *   Case No.: 10-

                                                *   Chapter 11

           Debtor.
*     *     *     *     *     *     *     *     *     *     *     *     *     *

## LIST OF EQUITY SECURITY HOLDERS

Jersey Island Owner, LLC, debtor and debtor in possession herein, pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, submits the following list of equity security holders:

| Name | Equity Interest |
|---|---|
| B&R MD Holdings, Inc. | 51% |
| Adarco, LLC | 49% |

I, Sidney M. Bresler, President of Jersey Island Manager, Inc, the Manager of Jersey Island Owner, LLC, hereby declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Dated: June 9, 2010                    Jersey Island Owner, LLC
                                       By: Jersey Island Manager, Inc.

                                       /s/ Sidney M. Bresler

                                       By: Sidney M. Bresler
                                       Title: President

*1905534*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re  Jersey Island Owner, LLC                                           Case No. _____
                                  Debtor                                  Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Somerset County<br>Charles S. Muir, Treasurer<br>30513 Prince William Street<br>PO Box 309<br>Princess Anne, MD 21853 | | | | $111,919.40 |
| Tangier Sound Homeowners Assoc<br>803 W. Main Street<br>Crisfield, MD 21817 | | | | $7,768.50 |
| Tangier Sound Condo I, Inc.<br>1089 Puppy Hole Ct.<br>Crisfield, MD 21817 | | | | $6,004.25 |
| Home Title Company, Inc.<br>100 North Charles St., Suite 110<br>Baltimore, MD 21201 | | | | $1,600.00 |
| Verizon<br>PM Box 660720<br>Dallas, TX 75266-0720 | | | | $1,429.76 |
| Frick Electric Heating & Air Co Inc.<br>12507 Sunset Ave, #2<br>Ocean City, MD 21842 | | | | $856.96 |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
# District of Maryland

In re  Jersey Island Owner, LLC  , Case No.  _____
    Debtor                          Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Cards Computers, Inc. 11312 Manklin Creek Road Ocean Pines, MC 21811 | 410-208-3933 | | | $265.56 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Sidney M. Bresler, President of Jersey Island Manager, Inc., on behalf of the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: June 9, 2010               Signature: /s/ Sidney M. Bresler

                                  Sidney M. Bresler, President of Jersey Island Manager, Inc.

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

*1905599*

# UNITED STATES BANKRUPTCY COURT
## District of Maryland

In Re:
Debtor: Jersey Island Owner, LLC
Social Security Number: 20-1843450

Case No:

Chapter 11

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1. Cards Computers, Inc.<br>11312 Manklin Creek Road<br>Ocean Pines, MD 21811 | Unsecured Claims | $ 265.56 |
| 2. Frick Electric Heating & Air Co Inc.<br>12507 Sunset Ave, #2<br>Ocean City, MD 21842 | Unsecured Claims | $ 856.96 |
| 3. Home Title Company, Inc.<br>100 North Charles St., Suite 110<br>Baltimore, MD 21201 | Unsecured Claims | $ 1,600.00 |
| 4. John K. Phoebus, PA<br>904 W. Main Street<br>PO Box 70<br>Crisfield, MD 21817 | Unsecured Claims | undetermined |
| 5. Somerset County<br>Charles S. Muir, Treasurer<br>30513 Prince William Street<br>PO Box 309<br>Princess Anne, MD 21853 | Unsecured Claims | $ 111,919.40 |

Numbered Listing of Creditors - Page 1

In re:   Jersey Island Owner, LLC                                             Case No. _____

| | | | |
|---|---|---|---|
| 6. | Tangier Sound Condo I, Inc.<br>1089 Puppy Hole Ct.<br>Crisfield, MD 21817 | Unsecured Claims | $ 6,004.25 |
| 7. | Tangier Sound Homeowners Assoc<br>803 W. Main Street<br>Crisfield, MD 21817 | Unsecured Claims | $ 7,768.50 |
| 8. | Verizon<br>PM Box 660720<br>Dallas, TX 75266-0720 | Unsecured Claims | $ 1,429.76 |
| 9. | Wells Fargo Bank, N.A.<br>successor by merger to Wachovia Bank, NA<br>420 Montgomery St.<br>San Francisco, CA 94163 | Secured Claims | undetermined |

Numbered Listing of Creditors - Page 2

In re:   Jersey Island Owner, LLC                                              Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Sidney M. Bresler, President of Jersey Island Manager, Inc., on behalf of Jersey Island Owner, LLC,** named as debtor in this case, declare under penalty of perjury that I have read the foregoing Numbered Listing of Creditors, consisting of **2 sheets** (not including this declaration), and that it is true to the best of my information and belief.

Signature:   /s/ **Sidney M. Bresler**
             **Sidney M. Bresler, President of Jersey Island Manager, Inc.**

Dated:   June 9, 2010

*1905591*

Numbered Listing of Creditors - Page 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

In re:  Jersey Island Owner, LLC

Debtor

Case No. _____

Chapter  11

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, does hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 2 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  June 9, 2010

Signed: /s/ Sidney M. Bresler
Sidney M. Bresler, President of Jersey Manager, Inc.

*1905598*

Bresler & Reiner, Inc.
11200 Rockville Pike, Suite 502
Rockville, MD 20852


Cards Computers, Inc.
11312 Manklin Creek Road
Ocean Pines, MD 21811


Frick Electric Heating & Air Co Inc.
12507 Sunset Ave, #2
Ocean City, MD 21842


Home Title Company, Inc.
100 North Charles St., Suite 110
Baltimore, MD 21201


Investment Company of B&R, Inc.
1105 Market Street
Wilmington, DE 28401


John K. Phoebus, PA
904 W. Main Street
PO Box 70
Crisfield, MD 21817


Northbrook Development Parcel Owner, LP
c/o Bresler & Reiner, Inc.
11200 Rockville Pike, Suite 502
Rockville, MD 20852


Somerset County
Charles S. Muir, Treasurer
30513 Prince William Street
PO Box 309
Princess Anne, MD 21853


Tangier Sound Condo I, Inc.
1089 Puppy Hole Ct.
Crisfield, MD 21817

Tangier Sound Homeowners Assoc
803 W. Main Street
Crisfield, MD 21817


Verizon
PM Box 660720
Dallas, TX 75266-0720


Wells Fargo Bank, N.A.
c/o Margaret Ann Brown, Esq.
Troutman Sanders, LLP
1660 International Dr. Suite 600
McLean, VA 22102

Wells Fargo Bank, N.A.
successor by merger to Wachovia Bank, NA
420 Montgomery St.
San Francisco, CA 94163


Wells Fargo Bank, N.A./Wachovia Bank NA
Leonard Clark, VP
Real Estate Fin. Svc
Wachovia Bank, N.A.
1753 Pinnacle Dr. 5th Floor